UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Rodney Scott Slone,** *et al.*,

    **Plaintiffs,**

    v.

**Allstate Vehicle and Property Insurance Company,** *et al.*,

    **Defendants.**

Case No. 2:20-cv-5344

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

On January 5, 2021, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending the Court deny Rodney Scott Slone's ("Plaintiff") motion to remand, ECF No. 21, and grant defendants PS Insurance Group, LLC's, Allstate Portia Spradlin Agency's, and Portia Spradlin's motion to dismiss, ECF No. 9.  R&R, ECF No. 25.

The R&R notified the parties of their right to object to the recommendations contained therein and that the failure to object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the Undersigned's decision adopting the R&R.  *Id.* at 12.

No party has objected to the R&R.  Accordingly, the Court **ADOPTS** the R&R, **DENIES** Plaintiff's motion to remand, ECF No. 21, and **GRANTS** Defendants' motion to dismiss PS Insurance Group, LLC, Allstate Portia Spradlin

Agency, and Portia Spradlin as fraudulently joined, ECF No. 9.  The Clerk shall terminate ECF Nos. 9, 21, and 25 as pending motions.

**IT IS SO ORDERED.**

                                                                     */s/ Michael H. Watson*
                                         **MICHAEL H. WATSON, JUDGE**
                                         **UNITED STATES DISTRICT COURT**