UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rodney Scott Slone, *et al.*,

    Plaintiffs,

    v.

Allstate Vehicle and Property
Insurance Company, *et al.*,

    Defendants.

Case No. 2:20-cv-5344

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On March 23, 2021, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending the Court dismiss without prejudice all claims against the John Doe defendants for failure to effect service, move to substitute, or respond to the show cause order. ECF No. 32. The R&R notified the parties of their right to object and that a failure to do so would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the Undersigned's adoption of the R&R. *Id.*

The time for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R without further review and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against the John Doe defendants.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT